IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01992-PAB

KERLA BRACOVICH BRACHO,

      Petitioner,

v.

TODD BLANCHE, Acting U.S. Attorney General, in his official capacity, et al.,

      Respondents.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

On May 8, 2026, petitioner filed a petition for writ of habeas corpus, bringing a claim that she is detained pursuant to 8 U.S.C. § 1226(a).  Docket No. 1 at 9-10, ¶¶ 1-4. On June 4, 2026, the Court denied petitioner's claim, finding that she is being detained pursuant to 8 U.S.C. § 1231 because she has been ordered removed.  Docket No. 9 at 3.  The Court, however, noted that petitioner has been detained since June 8, 2025 and therefore might have a viable claim under *Zadvydas v. Davis*, 533 U.S. 678 (2001).  *Id.* at 3.  Therefore, the Court denied her habeas petition without prejudice.  *Id.* at 3-4. Petitioner has not filed an amended habeas petition bringing a claim under *Zadvydas*. In the event petitioner does not file an amended petition on or before July 7, 2026, the Court will close this case.

DATED June 24, 2026.